# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JOAN THOMPSON-HARBACH, <br><br> Plaintiff, <br><br> vs. <br><br> USAA FEDERAL SAVINGS BANK, <br><br> Defendant. | No. 15-CV-2098-CJW <br><br> **JUDGMENT** |

_____

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order filed on January 9, 2019 (docket number 64): Judgment is entered in favor of the Defendant, and against the Plaintiff.

**DATED** this 10th day of January 2019.

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

_____
By: Deputy Clerk